**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Ranhee Lee, Esq. (Bar No. 330979)
rlee@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Bradley C. Gage, Esq. S.B. No. 117808
**LAW OFFICES OF GOLDBERG & GAGE**
A Partnership of Professional Law Corporations
23002 Victory Boulevard
Woodland Hills, California 91367
Tel: (818) 340-9252  Fax: (818) 340-9088
tgoldberg@goldbergandgage.com; bgage@goldbergandgage.com;
msadr@goldbergandgage.com
wsmith@goldbergandgage.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.B., a minor, et al.,<br>          Plaintiff,<br>     vs.<br>COUNTY OF LOS ANGELES, et al.,<br>          Defendants. | Case No.:  2:21-cv-02165-FLA-PD<br><br>[Hon. Judge Fernando L. Aenlle-Rocha]<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT PENDING BOARD APPROVAL AND MINOR'S COMPORMISE MOTION AND REQUEST TO VACATE ALL DATES** |

**TO THIS HONORABLE COURT**:

    **PLEASE TAKE NOTICE THAT** the parties hereby submit the following Notice of Conditional Settlement and request to vacate all pending dates and stay all proceedings in the anticipation of the consummation of the terms of the settlement.

    WHEREAS, the parties have reached a conditional settlement that resolves this case in its entirety.  The proposed settlement is conditioned upon the approval by the Los Angeles County Claims Board and Board of Supervisors which is anticipated to take up to nine months.

    WHEREAS, if the conditional settlement is approved, then Plaintiffs will be filing a petition for approval of the compromise of the claims of the minor plaintiffs. The Plaintiffs anticipate filing the minors' compromise within 45 days of the settlement's approval by the Board.

    Accordingly, the parties, by and through their counsel of record, respectfully request that the Court vacate all pending dates and stay all proceedings pending the Board's approval of the settlement and in anticipation of the subsequent filing of the minors' compromise and consummation of the terms of the settlement.

///

///

///

|   |   |   |
|---|---|---|
| DATED: | April 13, 2023 | LAW OFFICES OF DALE K. GALIPO<br>LAW OFFICES OF GOLDBERG & GAGE<br><br>By: */s/ Dale K. Galipo* [1]<br>Dale K. Galipo, Esq.<br>Bradley C. Gage, Esq.<br>Ranhee Lee, Esq.<br>*Attorneys for Plaintiffs* |
| DATED: | April 13, 2023 | CARPENTER, ROTHANS & DUMONT<br><br>By: */s/ Jill Williams*<br>Jill Williams, Esq.<br>Danielle C. Foster, Esq.<br>*Attorneys for Defendants* |

---

[1] Pursuant to L.R.5-4.3.4(2)(i), I, Dale K. Galipo, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.