1  JILL WILLIAMS – State Bar No. 221793
   DANIELLE C. FOSTER – State Bar No. 281385
2  CARPENTER, ROTHANS & DUMONT
   500 S. Grand Avenue, 19th Floor
3  Los Angeles, CA  90071
   (213) 228-0400 / (213) 228-0401 (fax)
4  jwilliams@crdlaw.com / dfoster@crdlaw.com

5  Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.B, a minor, et al.<br><br>   Plaintiffs,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>   Defendants. | Case No.: 2:21-cv-02165-FLA-PD<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

COME NOW Plaintiffs and Defendants, by and through their counsel of record, and submit the following joint status report regarding settlement, as ordered by the Court on April 18, 2023 (Doc. 60).

1.   Following a mediation in April 2023, the parties reached a conditional settlement that resolves this case in its entirety, and in June 2023, the plaintiffs provided the defendants with fully executed conditional settlement agreement. The proposed settlement is conditioned upon the approval by the Los Angeles County Claims Board and Board of Supervisors.  In addition, the conditional settlement requires the Court's approval of minors' compromises.

2.   The settlement is still working its way through the County's approval

process. Due to a backlog, the matter has not yet been placed on the agenda for approval by the Claims Board. It is expected that the matter will be on the Claims Board agenda in October 2024 and will be placed on the Board of Supervisors' agenda for approval approximately 30 days later.

3. Once the settlement has been approved by the Board of Supervisors, the plaintiffs will file the petition(s) for approval of the minors' compromises within 45 days of that approval.

4. The parties will provide the Court with a further status report regarding the settlement on or before December 2, 2024.

DATED: September 2, 2024       LAW OFFICES OF DALE K. GALIPO

                               /s/ Dale K. Galipo

                               By: _____
                               Dale K. Galipo
                               Ranhee Lee
                               Bradley Gage
                               Attorneys for Plaintiffs

DATED: August 30, 2024         CARPENTER, ROTHANS & DUMONT

                               /s/ Danielle C. Foster

                               By: _____
                               Jill Williams
                               Danielle C. Foster
                               Attorneys for Defendants

<u>Local Rule 5-4.3.4</u>

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.