1  JILL WILLIAMS – State Bar No. 221793
   CARPENTER, ROTHANS & DUMONT
2  500 S. Grand Avenue, 19th Floor
   Los Angeles, CA 90071
3  (213) 228-0400 / (213) 228-0401 (fax)
   jwilliams@crdlaw.com
4
   Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.B, a minor, et al.<br><br>             Plaintiffs,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>             Defendants. | Case No.: 2:21-cv-02165-FLA-PD<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

   COME NOW Plaintiffs and Defendants, by and through their counsel of record, and submit the following joint status report regarding settlement, as ordered by the Court on January 6, 2025 (Dkt. 65).

   1.   Following a mediation in April 2023, the parties reached a conditional settlement that resolves this case in its entirety, and in June 2023, the plaintiffs provided the defendants with fully executed conditional settlement agreement. The proposed settlement was conditioned upon the approval by the Los Angeles County Claims Board and Board of Supervisors, as well as the Court's approval of minors' compromises.

///

1     2.     The settlement received final approval by the Board of Supervisors on November 26, 2024.

3     3.     The plaintiffs anticipate filing an unopposed ex parte application and petition for approval of the minors' compromises on or about February 28, 2025.

4.     Once the minors' compromises have been approved by the Court, it will take approximately 45 days to issue settlement funds. Within 10 days of the settlement funds being received by the plaintiffs' attorneys, the parties will file a stipulation to dismiss.

DATED: January 6, 2025     LAW OFFICES OF DALE K. GALIPO

/s/ Shannon J. Leap

By: _____
Dale K. Galipo
Shannon J. Leap
Bradley Gage
Attorneys for Plaintiffs

DATED: January 6, 2025     CARPENTER, ROTHANS & DUMONT

/s/ Jill Williams

By: _____
Jill Williams
Attorneys for Defendants

<u>Local Rule 5-4.3.4</u>

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.