**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

JILL WILLIAMS – State Bar No. 221793
CARPENTER, ROTHANS & DUMONT
500 S. Grand Avenue, 19th Floor
Los Angeles, CA  90071
(213) 228-0400 / (213) 228-0401 (fax)
jwilliams@crdlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.B, a minor, et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>　　　　Defendants. | Case No.: 2:21-cv-02165-FLA-PD<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

　　　　COME NOW Plaintiffs and Defendants, by and through their counsel of record, and submit the following joint status report regarding settlement, as ordered by the Court on January 6, 2025 (Dkt. 65).

　　　　1.　　Following a mediation in April 2023, the parties reached a conditional settlement that resolves this case in its entirety, and in June 2023, the plaintiffs provided the defendants with fully executed conditional settlement agreement.

- 1 -
JOINT STATUS REPORT REGARDING SETTLEMENT

1. The proposed settlement was conditioned upon the approval by the Los Angeles County Claims Board and Board of Supervisors, as well as the Court's approval of minors' compromises.

2. The settlement received final approval by the Board of Supervisors on November 26, 2024.

3. Plaintiffs filed an unopposed ex parte application and petition for approval of the minors' compromises on February 28, 2025.

4. On March 28, 2025, this Court denied Plaintiffs' ex parte application and petition for approval of the minors' compromises without prejudice. Plaintiffs shall refile their ex parte application and petition for approval of the minors' compromises on or before April 18, 2025.

5. Once the minors' compromises have been approved by the Court, it will take approximately 45 days to issue settlement funds. Within 10 days of the settlement funds being received by the plaintiffs' attorneys, the parties will file a stipulation to dismiss.

DATED: April 9, 2025     LAW OFFICES OF DALE K. GALIPO

/s/ Dale K. Galipo

By: _____
Dale K. Galipo
Attorneys for Plaintiffs

DATED: April 9, 2025     CARPENTER, ROTHANS & DUMONT

/s/ Jill Williams

By: _____
Jill Williams
Attorneys for Defendants

.

JOINT STATUS REPORT REGARDING SETTLEMENT