# EXHIBIT 3

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYMON STARKS, WENDELL WILLIAMS, and MICHAEL STARKS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, SHERIFF ALEX VILLANUEVA, EDWIN BARAJAS, TAYLOR INGERSOLL, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-05209 HDV GJSx<br><br>**JUDGMENT** |

Pursuant to this Court's Order Granting Defendants' Motion for Summary Judgment, it is ordered that judgment is entered on all claims in favor of Defendants. This action is **dismissed with prejudice** in its entirety.

Dated:   September 13, 2024

_____
Hernán D. Vera
United States District Judge

1