# EXHIBIT 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Del Castillo, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>City of Tempe, et al.,<br><br>    Defendants. | **NO. CV-14-01945-PHX-DLR**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed November 18, 2016, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and the complaint and action are hereby dismissed.

Brian D. Karth
District Court Executive/Clerk of Court

November 18, 2016

By   s/ Leann Dixon
     Deputy Clerk