# EXHIBIT 9

Case 2:21-cv-02165-FLA-PD   Document 75-9   Filed 04/24/25   Page 2 of 5   Page ID #:1682
Electronically Received by Superior Court of California, County of Orange, 03/04/2022 01:34:00 PM.
30-2020-01137506-CU-CR-CJC - ROA # 362 - DAVID H. YAMASAKI, Clerk of the Court By Angelina Nguyen-Do, Deputy Clerk.

MICHAEL E. GATES, City Attorney (SBN 258446)
RYAN E. LUMM, Sr. Deputy City Attorney (SBN 286564)
NADIN S. SAID, Senior Deputy City Attorney (SBN 309802)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
(714) 536-5555
FAX (714) 374-1590
Email: Ryan.Lumm@surfcity-hb.org
      Nadin.said@surfcity-hb.org

Eugene P. Ramirez (SBN 134865)
  epr@manningllp.com
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 S. Figueroa St, 15th Floor
Los Angeles, CA 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants
CITY OF HUNTINGTON BEACH,
TREVOR JACKSON and CASEY THOMAS

[Exempt from filing fees pursuant to Government Code section 6103]

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAR 2 3 2022

DAVID H. YAMASAKI, Clerk of the Court

BY: _____, DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

ANGELA HERNANDEZ, individually and as a successor in interest to Steven Schiltz, deceased,

    Plaintiff,

vs.

CITY OF HUNTINGTON BEACH, TREVOR JACKSON, AND CASEY THOMAS,

    Defendants.

CASE NO: 30-2020-01137506-CU-CR-CJC

*Assigned for All Purposes to:*
*Hon. Melissa R. McCormick – Dept. C13*

**[PROPOSED] JUDGMENT ON VERDICT**

*Trial Date:    January 31, 2022*
*Complaint filed: March 4, 2020*

    This action came on regularly for trial on February 8, 2022 in Department C13 of the above-entitled Court, the Honorable Melissa R. McCormick, presiding. Plaintiff ANGELA HERNANDEZ, individually and as a successor in interest to Steven Schiltz, deceased, appeared by and through her attorney of record, Dale K. Galipo, Esq. Defendants CITY OF HUNTINGTON BEACH, TREVOR JACKSON and CASEY THOMAS appeared by and through their attorneys of record, Michael E. Gates of the Huntington Beach City Attorney's Office and

1

**[PROPOSED] JUDGMENT ON VERDICT**

1 | Eugene P. Ramirez of Manning & Kass Ellrod, Ramirez, Trester LLP.

2 |     A jury of 12 persons was regularly impaneled and sworn. Witnesses were sworn and
3 | testified. After hearing and receiving the evidence, both oral and documentary, and arguments of
4 | counsel, the jury was instructed by the Court and the cause was submitted to the jury with
5 | directions to return a verdict. The jury deliberated and thereafter returned with its verdict as
6 | follows:

7 |

8 |     We, the jury in the above-entitled action, find the following:

9 |

10 | **BATTERY CLAIM**

11 | **QUESTION 1:** Did the officer defendants use deadly force on Steven Schiltz that was not
12 | necessary for the defense of human life?

13 |     Casey Thomas     _____ YES     \_\_X\_\_ NO
14 |     Trevor Jackson     _____ YES     \_\_X\_\_ NO

15 | *If you answered "yes" for any defendant in Question 1, then answer Question 2 for that*
16 | *defendant only. If you answered "no" for all defendants in Question 1, then please proceed to*
17 | *Question 3.*

18 |

19 | **QUESTION 2:** Was the officer defendants' use of deadly force a substantial factor in causing
20 | Steven Schiltz's death?

21 |     Casey Thomas     _____ YES     _____ NO
22 |     Trevor Jackson     _____ YES     _____ NO

23 |     *Please proceed to the next Question.*
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

## NEGLIGENCE CLAIM

**QUESTION 3:** Were the officer defendants negligent toward Steven Schiltz?

    Casey Thomas      _____ YES      __X__ NO

    Trevor Jackson      _____ YES      __X__ NO

*If you answered "yes" for any defendant in Question 3, then answer Question 4 for that defendant only. If you answered "no" for all defendants in Question 3, then please sign and date this verdict form.*

**QUESTION 4:** For each defendant that received a "yes" in Question 3, was the negligence of the defendant officers a substantial factor in causing Steven Schiltz's death?

    Casey Thomas      _____ YES      _____ NO

    Trevor Jackson      _____ YES      _____ NO

*If you answered "yes" to Question 4 as to either officer defendant, then please proceed to Question 5. If you answered "no" to Question 4 as to both officer defendants, then please sign and date this verdict form.*

**QUESTION 5:** Was Steven Schiltz negligent?

    _____ YES      _____ NO

*If you answered "Yes" to Question 5, please answer Question 6. If you answered "No" to Question 7, please answer Question 7.*

**QUESTION 6:** Was Steven Schiltz's negligence a substantial factor in causing his death?

    _____ YES      _____ NO

*Please proceed to the next Question.*

/ / /

/ / /

/ / /

/ / /

---

3

[~~PROPOSED~~] JUDGMENT ON VERDICT

**QUESTION 7:** What percentage of responsibility for Steven Schiltz's death do you assign to the following? *If you either did not answer Question 4 or 6 or answered "no" for any person in Question 4 or 6, insert a Zero next to their name. If you answered "yes" for any person in Question 4 or 6, insert a number next to their name. Your answers must total 100%.*

| | |
|---|---|
| Trevor Jackson | _____ % |
| Casey Thomas | _____ % |
| Steven Schiltz | _____ % |
| Total | 100 % |

*Please sign and date the verdict form and return it to the Court.*

Date: 02·Mar·2022              /s/ W J White
                                         Jury Foreperson

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff ANGELA HERNANDEZ, individually and as a successor in interest to Steven Schiltz, deceased, recover nothing and that Judgment be entered in favor of Defendants CITY OF HUNTINGTON BEACH, TREVOR JACKSON and CASEY THOMAS and that said Defendants recover their costs ~~in the amount of $~~ TBD PER COSTS MEMORANDA AND ANY MOTIONS.

CLERK TO GIVE NOTICE.
DATED:      3/23/22

Honorable Melissa R. McCormick
JUDGE OF THE SUPERIOR COURT

---

4
[~~PROPOSED~~] JUDGMENT ON VERDICT