# EXHIBIT 11

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LETICIA BARRON, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO MAURICIO BARRON, DECEASED,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; DANIEL AGEE; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | Case No. 8:17-cv-1275 JVS (KESx)<br><br>**JUDGMENT UPON JURY VERDICT**<br><br>Courtroom: 10C<br>Judge: The Honorable James V. Selna<br>Trial Date: December 11, 2018 |

    Pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment in favor of Defendants Daniel Agee and the State of California (together Defendants) following a jury verdict on December 18, 2018, in favor of Defendants on each of Plaintiff Leticia Barron's claims for relief. Defendants are the prevailing parties

entitled to costs pursuant to Federal Rule of Civil Procedure 54, taxed in a sum to be determined.

Date: January 02, 2019

_____
Honorable James V. Selna
United States District Judge