# EXHIBIT 13

## FULL RELEASE OF ALL CLAIMS – SETTLEMENT AGREEMENT

This Settlement Agreement and Full Release of All Claims ("Release") is made and entered into under the following facts, terms, and provisions. Notwithstanding the definitions of "Releasors" and "Releasees" below, this Settlement Agreement is a mutual release of all claims between all parties.

1.0. The term "Plaintiffs" (or "Releasors") when used in this Release means each and every one of the following releasors: (1) LOUIE SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; (2) MARIA SORIA, individually and as successor-in-interest as father of Decedent Isaac Soria; and (3) all of Plaintiffs' heirs, executors, administrators, successors, and assignees.

1.2. The term "Lawsuit" when used in this Release means the following litigation: *LOUIE SORIA, et al. v. COUNTY OF SAN BERNARDINO, et al.*, United States District Court – Central District of California case no. 5:22-cv-01958-JGB-KK; AND any and all other lawsuits, litigation, Government Code (tort) claims, and/or claims for damages or compensation of any injuries of any kind which may or do exist as of the date of execution of this Release.

1.3. The term "Incident" when used in this Release means the following: All acts, omissions, statements, queries, or other deeds or conduct or effects in any way arising from or related to the events or incidents referred to and alleged in the pleadings in the Lawsuit.

2.0. The Plaintiffs and Releasees have agreed to compromise and settle any and all claims or disputes that have been or might be made by the parties against each other arising out the Incident. Therefore, in consideration of the mutual promises and covenants contained in this Release, the parties agree as follows:

3.0. The Plaintiff hereby agrees to accept receipt from the COUNTY OF SAN BERNARDINO, the total sum of TWO HUNDRED FIFTY THOUSAN Dollars and Zero Cents ($250,000.00); aggregate total (herein after as the "sum") as good and valid consideration to settle any and all claims arising from or in any way related to the Incident, the Lawsuit, and any and all of Plaintiffs' claims therein. Plaintiffs and Defendants shall each bear their own attorneys' fees and costs. The settlement funds are estimated to be distributed within approximately thirty (30) days from the full execution of this Release.

The parties hereby further stipulate and agree that the Plaintiff shall be solely responsible for all liens in any way associated with this Lawsuit or the Incident, and shall defend, indemnify, and hold harmless the Defendants and the Defendants' attorneys from and regarding any such liens or comparable

LS Initials _____    MS Initials _____