# EXHIBIT 15

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LOURDES VAUGHNAN, ET AL., | Case No. 1:20-cv-00941-JLT-CDB |
| --- | --- |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING EX PARTE APPLICATION FOR COMPROMISE OF MINORS' CLAIMS |
| v. | |
| ORNALES, ET AL., | (Docs. 24, 28) |
| Respondent. | |

The assigned magistrate judge issued findings and recommendations to grant Plaintiff's application for the minors' compromise. The Court served the findings and recommendations on the Parties and granted them 14 days to file objections to the findings and recommendations. No objections have been filed. The findings and recommendations advised the parties that failure to file objections within the specified time may result in the waiver of rights on appeal. (Doc. 28); *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Based upon the foregoing, the Court ORDERS:

1. The findings and recommendations issued on December 9, 2022 are adopted in full; and

2. The Parties' settlement in whole is approved (Doc. 24).

IT IS SO ORDERED.

Dated:   **February 7, 2023**

UNITED STATES DISTRICT JUDGE