# EXHIBIT 19

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Yaneli Alonso, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SANTA ANA, et al., <br><br> Defendants. | Case No. 8:18−cv−01553−DOC−ADS <br><br> **ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF A.B., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, YANELI ALONSO** [83] |

**ORDER**

This Court, having considered Petitioner Yaneli Alonso's Petition for Compromise of the Claims of A.B., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor A.B.'s action against the Defendants in the amount of $90,000 is hereby approved. Defendant City of Santa Ana, through counsel, shall prepare and deliver the drafts for the settlement proceeds in the amount of $90,000, no later than fourteen (30) days from the date of this Order, payable as follows:

2. A draft for $39,523.62 shall be made payable to the Law Offices of Dale K. Galipo.  These funds shall be used to satisfy the attorney fees and costs owed by the minor plaintiff A.B. to plaintiff's counsel;

3. A draft for $50,476.38 shall be made payable to MetLife Assignment Company Inc.  These funds shall be used to purchase an annuity in accord with the Addendum ("**Exhibit A**") to this Order which outlines the future periodic payments.

4. With these funds, the Defendants/Assignee shall purchase an annuity policy from MetLife Assignment Company Inc., which is rated A+ (Superior), as determined by A.M. Best Company.  MetLife will act as Guarantor for Assignee of the payments outlined in the Addendum to this Order as **Exhibit A**;

5. The Court directs the Assignee to purchase the annuity contract on behalf of the minor plaintiff.  The funds shall be disbursed in accord with the terms of the Annuity as outlined in the Addendum attached to this Order as "**Exhibit A**." MetLife shall act as Guarantor of the Defendant/Assignee.  Disbursement drafts will be made payable and will begin being issued directly to A.B. upon reaching the age of maturity according to the payment schedule.  Further, as set forth in "**Exhibit A**" a one-time payment of $5,000 shall be made to Yaneli Alonso, parent and guardian of minor A.B. and this one-time payment shall specifically and exclusively go towards costs for A.B.'s necessities of life including food, clothing, and shelter.

IT IS SO ORDERED

Date: September 24, 2020

*David O. Carter*

Honorable David O. Carter United States
District Court Central District of California

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Yaneli Alonso, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA, et al.,<br><br>Defendants. | Case No. 8:18−cv−01553−DOC−ADS<br><br>**ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF I.B., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, CARMELA LUCERO ORTEGA [84]** |

## ORDER

This Court, having considered Petitioner Carmela Lucero Ortega's Petition for Compromise of the Claims of I.B., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor I.B.'s action against the Defendants in the amount of $10,000 is hereby approved. Defendant City of Santa Ana, through counsel, shall prepare and deliver the draft for the settlement proceeds in the amount of $10,000,

1  no later than twenty one (30) days from the date of this Order, made payable to the
2  Law Offices of Dale K. Galipo Attorney Trust Account.
3  2.      From the Law Offices of Dale K. Galipo Trust Account, Plaintiffs' counsel
4  shall issue the checks made payable as follows:
5  3.      A check shall be made payable to Carmela Lucero Ortega, in the amount of
6  $5,608.49.  Carmela Lucero Ortega, the court-appointed Guardian Ad Litem for
7  minor I.B., shall use these funds **exclusively** for funding a "blocked account" for
8  minor Plaintiff I.B.  **IT IS HEREBY ORDERED** that the $5,608.49 be deposited in
9  a blocked account accessible to I.B. upon his 18th birthday.  **IT IS FURTHER**
10 **ORDERED** that Carmela Lucero Ortega shall open and establish this blocked
11 account for minor I.B. at the Chase branch, located at 3600 South Bristol Street,
12 Santa Ana, California.

**IT IS SO ORDERED.**

Dated:  ___Sept 24___, 2020

_____
Honorable David O. Carter
United States District Court
Central District of California

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Yaneli Alonso, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA, et al.,<br><br>Defendants. | Case No. 8:18−cv−01553−DOC−ADS<br><br>**ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF J.A., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, YANELI ALONSO [85]** |

## **ORDER**

This Court, having considered Petitioner Yaneli Alonso's Petition for Compromise of the Claims of J.A., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor J.A.'s action against the Defendants in the amount of $10,000 is hereby approved. Defendant City of Santa Ana, through counsel, shall prepare and deliver the draft for the settlement proceeds in the amount of $10,000,

1 no later than twenty one (30) days from the date of this Order, made payable to the
2 Law Offices of Dale K. Galipo Attorney Trust Account.
3 2. From the Law Offices of Dale K. Galipo Trust Account, Plaintiffs' counsel
4 shall issue the checks made payable as follows:
5 3. A check shall be made payable to Yaneli Alonso, in the amount of $5,608.49.
6 Yaneli Alonso, the court-appointed Guardian Ad Litem for minor J.A., shall use
7 these funds **exclusively** for funding a "blocked account" for minor Plaintiff J.A.  **IT
8 IS HEREBY ORDERED** that the $5,608.49 be deposited in a blocked account
9 accessible to J.A. upon his 18th birthday.  **IT IS FURTHER ORDERED** that
10 Yaneli Alonso shall open and establish this blocked account for minor J.A. at the
11 Bank of America branch, located at 2001 South Main Street, Santa Ana, California.

**IT IS SO ORDERED.**

Dated:  Sept 24    , 2020

_____
Honorable David O. Carter
United States District Court
Central District of California

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Yaneli Alonso, et al., | Case No. 8:18−cv−01553−DOC−ADS |
| Plaintiffs, | **ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF J.M., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ROSA BRITO [86]** |
| vs. | |
| CITY OF SANTA ANA, et al., | |
| Defendants. | |

## **ORDER**

This Court, having considered Petitioner Rosa Brito's Petition for Compromise of the Claims of J.M., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor J.M.'s action against the Defendants in the amount of $10,000 is hereby approved. Defendant City of Santa Ana, through counsel, shall prepare and deliver the draft for the settlement proceeds in the amount of $10,000,

1 | no later than twenty one (30) days from the date of this Order, made payable to the
2 | Law Offices of Dale K. Galipo Attorney Trust Account.
3 | 2.	From the Law Offices of Dale K. Galipo Trust Account, Plaintiffs' counsel
4 | shall issue the checks made payable as follows:
5 | 3.	A check shall be made payable to Rosa Brito, in the amount of $5,608.49.
6 | Rosa Brito, the court-appointed Guardian Ad Litem for minor J.M., shall use these
7 | funds **exclusively** for funding a "blocked account" for minor Plaintiff J.M.  **IT IS**
8 | **HEREBY ORDERED** that the $5,608.49 be deposited in a blocked account
9 | accessible to J.M. upon his 18th birthday.  **IT IS FURTHER ORDERED** that Rosa
10 | Brito shall open and establish this blocked account for minor J.M. at the Chase
11 | branch, located at 3600 South Bristol Street, Santa Ana, California.

**IT IS SO ORDERED.**

Dated:  Sept 24  , 2020                    _____
                                            Honorable David O. Carter
                                            United States District Court
                                            Central District of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, by and through his guardian *ad litem*, Yaneli Alonso, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ANA, et al.,<br><br>Defendants. | Case No. 8:18−cv−01553−DOC−ADS<br><br>**ORDER APPROVING UNOPPOSED PETITION FOR COMPROMISE OF THE CLAIMS OF L.B., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, CARMELA LUCERO ORTEGA [87]** |

## <u>ORDER</u>

This Court, having considered Petitioner Carmela Lucero Ortega's Petition for Compromise of the Claims of L.B., a minor, and GOOD CAUSE appearing therefore, hereby **GRANTS** the Petition and makes the following orders:

1. The settlement of minor L.B.'s action against the Defendants in the amount of $10,000 is hereby approved. Defendant City of Santa Ana, through counsel, shall prepare and deliver the draft for the settlement proceeds in the amount of $10,000,

1    no later than twenty one (30) days from the date of this Order, made payable to the
2    Law Offices of Dale K. Galipo Attorney Trust Account.
3    2.    From the Law Offices of Dale K. Galipo Trust Account, Plaintiffs' counsel
4    shall issue the checks made payable as follows:
5    3.    A check shall be made payable to Carmela Lucero Ortega, in the amount of
6    $5,608.49. Carmela Lucero Ortega, the court-appointed Guardian Ad Litem for
7    minor L.B., shall use these funds **exclusively** for funding a "blocked account" for
8    minor Plaintiff L.B. **IT IS HEREBY ORDERED** that the $5,608.49 be deposited
9    in a blocked account accessible to L.B. upon her 18th birthday. **IT IS FURTHER**
10    **ORDERED** that Carmela Lucero Ortega shall open and establish this blocked
11    account for minor L.B. at the Chase branch, located at 3600 South Bristol Street,
12    Santa Ana, California.

14    **IT IS SO ORDERED.**

16    Dated: __Sept 24__, 2020      _David O. Carter_
17                                                    Honorable David O. Carter
                                                    United States District Court
                                                    Central District of California