# EXHIBIT 20

# SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made as of this ____ day of March, 2025, between the following Parties:  Plaintiff LOIDA CAVAZOS, and Defendant COUNTY OF FRESNO.

## RECITALS

A.  Plaintiff's First Amended Complaint was filed in the United States District Court, Eastern District of California, on October 31, 2023, Case No. 1:23-cv-00859-JLT-BAM, alleging damages arising out of an incident that occurred on September 17, 2022, that resulted in the death of Matthew Lopez ("Decedent"). Plaintiff agrees to dismiss Defendant Emilo Reyes from this action with prejudice.

B.  The Parties desire to enter into this Agreement in order to provide for certain payments in full settlement and discharge of all claims which are, or might have been, the subject matter of the First Amended Complaint upon the terms and conditions set forth below.

## AGREEMENT

Plaintiff agrees as follows:

1.0   RELEASE AND DISCHARGE



1.6    PLAINTIFF FURTHER EXPRESSLY AND INTENTIONALLY WAIVES all rights and benefits which she may now have or in the future may have under the terms of Section 1542 of the Civil Code of the State of California, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in their favor at the time of executing the release, which if known by them must have materially affected their settlement with the debtor.

2.0    PAYMENTS

In consideration to Plaintiff for the releases set forth above, Defendant COUNTY OF FRESNO, agrees to pay the sum of Two Hundred and Seventy-Five Thousand and No/100 Dollars ($275,000.00) to settle all claims in this matter. Plaintiff hereby acknowledges and recognizes said sum as sufficient and adequate consideration for the releases set forth herein.

3.0    CONDITIONS

This Agreement is conditioned on the following:

A.    Plaintiff agrees to dismiss, with prejudice, her Complaint against Defendant COUNTY OF FRESNO.

