# EXHIBIT 21

## SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS

This Settlement Agreement and Release of Claims (hereinafter, the "Agreement") is entered into by and between the following Parties to a lawsuit entitled *Maria Lina Yuriar and Juan Guillermo v. County of Alameda, et al.*, United States District Court, Northern District of California, Case No. 4:23-cv-06438-KAW ("Subject Lawsuit"):

1. Plaintiff Maria Lina Yuriar;

2. Plaintiff Juan Guillermo (collectively "Plaintiffs"); and

3. Defendant County of Alameda.

## RECITALS

A.   The Subject Lawsuit arises from the officer-involved shooting of Juan Diego Bernal-Yuirar ("Yuriar") on July 3, 2023, at approximately 1:50 a.m., in the driveway of an apartment building located at 1621 163rd Avenue in San Leandro.  Yuriar was not married at the time of his death and had no children.

B.   On December 14, 2023, Plaintiffs filed the Subject Lawsuit asserting survival and individual wrongful death claims under federal and state law for violation of Yuriar's Fourth Amendment rights, their own 14th Amendment Substantive Due Process rights, battery, negligence, and violation of the Tom Bane Act against the County of Alameda and the State of California.  On April 19, 2024, Plaintiffs filed a First Amended Complaint naming California Highway Patrol Officer Basir Qurishi and Alameda County Sheriff's Office Deputy Alexis Perez-Rojas.  The County of Alameda and Deputy Alexis Perez-Rojas are collectively referred to herein as the "Alameda County Defendants."

C.   The parties conducted extensive written discovery, including production of thousands of pages of investigation records and extensive body-worn camera footage and participated in a Mandatory Settlement Conference before Magistrate Judge Peter Kang on December 5, 2024. During the Mandatory Settlement Conference, Plaintiffs and the Alameda County Defendants reached a binding settlement to be memorialized in this Agreement for all claims asserted by Plaintiffs against the Alameda County Defendants.  While Plaintiffs have agreed to resolve all claims against the Alameda County Defendants, nothing in this settlement agreement shall be considered a release of any claims against the State of California or California Highway Patrol Officer Basir Qurishi in the Subject Lawsuit.

E.   Plaintiffs are satisfied that the terms of this Agreement adequately resolve their claims against the Alameda County Defendants arising out of the officer-involved shooting of Yuriar. Consequently, Plaintiffs and the Alameda County Defendants (collectively, "Settling Parties") desire to fully resolve the Subject Lawsuit between them on the terms and conditions set forth hereinafter.  In consideration for their mutual promises, the Settling Parties agree as follows:

/ / /

/ / /

Settlement Agreement and Release of All Claims

purported assignment or transfer.

2.    <u>PAYMENT TO PLAINTIFFS</u>

  2.1 In consideration of the promises contained herein, the County of Alameda, as a complete settlement of the Subject Lawsuit on behalf of the Alameda County Defendants, will make payment(s) to Plaintiffs, to the trust account of their attorneys of record, Law Offices of Dale Galipo, in the total amount of **$110,000** (ONE HUNDRED TEN THOUSAND DOLLARS).  This settlement payment shall be mailed or delivered to Plaintiffs' attorneys of record.

