# EXHIBIT 22

## RELEASE IN FULL SETTLEMENT AND COMPROMISE

This Release in Full Settlement and Compromise ("Agreement" and/or "Release") is made by Plaintiff David Alvarado, Sr., Plaintiff Diane Anaya, and Plaintiff Anthony Alvarado, individually and as successor-in-interest to Decedent David Alvarado, Jr. ("Plaintiffs") with respect to their claims against the City of San Gabriel, Officer Paul Puente, Officer Diego Cortez, and Officer Ramon Guillen and others ("Defendants") in the civil action entitled Anthony Alvarado, et al. v. City of San Gabriel, et al., bearing Case No. 2:21-cv-09742-JAK-AS (hereinafter "Action").  Plaintiffs and Defendants are collectively referred to as the "Parties".

## RECITALS

A.      The Action was brought by Plaintiffs against Defendants alleging civil rights violations and state torts arising out of the fatal officer involved shooting of Decedent David Alvarado, Jr. ("Decedent").  Plaintiffs allege that on January 2, 2021, Defendants negligently and/or intentionally violated Decedent's Fourth Amendment rights by unlawfully detaining Decedent, arresting Decedent, using excessive force against Decedent, and failing to provide and/or summon medical care for Decedent after he was shot.  Plaintiffs also allege that the fatal shooting of Decedent violated Plaintiffs' substantive due process rights under the Fourteenth Amendment to be free from unwarranted interference with their familial relationship with Decedent.  Plaintiffs further allege that the City of San Gabriel's policies, procedures, customs, practices, and ratification, as well as the City's failure to train and supervise its police officers was the moving force that caused violations of Plaintiffs' constitutional rights and the constitutional rights of Decedent.

B.      The operative complaint filed by Plaintiffs in the Action is the First Amended Complaint for Damages, which was filed on or about June 21, 2022.  The First Amended Complaint asserts the following claims against Defendants: (1) Fourth Amendment—Detention and Arrest (42 U.S.C. § 1983); (2) Fourth Amendment—Excessive Force (42 U.S.C. § 1983); (3) Fourth Amendment —Denial of Medical Care (42 U.S.C. § 1983); (4) Substantive Due Process (42 U.S.C. § 1983); (5) Municipal Liability – Ratification (42 U.S.C. § 1983); (6) Municipal Liability – Failure to Train (42 U.S.C. § 1983); (7) Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983); (8) Battery; (9) Negligence; and (10) Violation of Cal. Civil Code § 52.1.

C.      The parties now wish to settle fully and finally any and all claims arising from the
Action and the Parties have reached a settlement in the Action.

## AGREEMENT

Now therefore, in consideration of the promises set forth below, it is hereby agreed as
follows:

**1.0     SETTLEMENT TERMS**

1.1      The City of San Gabriel will pay to Plaintiffs the total sum of TWO HUNDRED
AND FIFTY THOUSAND DOLLARS ($250,000.00) in full and final settlement of any and all
claims by Plaintiffs against Defendants, which sum includes attorney's fees, costs, and liens.