EXHIBIT 23

## SETTLEMENT AGREEMENT AND RELEASE

This SETTLEMENT AGREEMENT and RELEASE ("AGREEMENT") is made and entered into by and between plaintiff ANGIE CANO and defendant CITY OF LOS ANGELES.

WHEREAS, ANGIE CANO, filed suit against CITY OF LOS ANGELES, et al., in the United States District Court - Central District, bearing Case no. CV15-00333 JAK (Ex) and captioned <u>Angie Cano v. City of Los Angeles, et al.</u>, and includes the underlying tort claim and the underlying action and all appeals therefrom (collectively referred to herein as the "Lawsuit").

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████ This settlement is between plaintiff ANGIE CANO and defendant CITY OF LOS ANGELES.

WHEREAS, the parties wish to settle their differences and resolve any and all disputes and obligations between them, including the Lawsuit;

WHEREAS, in consideration of the covenants and mutual promises contained in this AGREEMENT, the parties agree as follows:

1. <u>Agreement</u>. In consideration of the amounts to be paid pursuant to this AGREEMENT and other valuable consideration, receipt of which is acknowledged, Plaintiff and her dependents, heirs, representatives, attorneys, agents, successors and assigns, and all such persons or entities that acted on her behalf with relation to the subject claims or otherwise (collectively "Plaintiffs"), forever release and discharge the

CITY OF LOS ANGELES and its boards, bureaus, departments, divisions, officers, representatives, employees, attorneys, agents, assigns of all such persons or entities, and all persons that acted on its behalf with relation to the subject claims or otherwise, (hereinafter singly and collectively referred to as "Releasees"), from any and all claims, causes of action, damages, liabilities, expenses, fees, costs, and attorney's fees, which they ever had, now have, or which may later appear or accrue, for any losses, injuries or damages, whether anticipated or unanticipated, resulting from, arising out of or connected directly or indirectly with the Lawsuit, or violation of any state or federal statutory or administrative rules, regulations or codes, breach of any fiduciary duty, fraud of any nature including for punitive, treble and/or consequential damages, and for interest, costs and attorney's fees, and all allegations, express and implied, that were or could have been asserted, directly or indirectly, in the Lawsuit and by the Complaint in the Lawsuit, or relating to Plaintiff's claims.  The CITY OF LOS ANGELES and its Releasees similarly release Plaintiffs.  The parties mutually assume the risk of this release and hereby release each other from any and all claims whether anticipated or not anticipated, known or unknown relating to the Lawsuit and Plaintiffs' claims thereunder.

2. <u>Consideration</u>.  In consideration of the promises and releases contained in this Agreement, Plaintiff agrees to dismiss the Lawsuit with prejudice, and in exchange the CITY OF LOS ANGELES agrees to waive any costs it might otherwise seek from Plaintiff and to pay the following sums: $50,000.00 dollars to "LAW OFFICES OF DALE K. ~~GALIPIO,~~ GALIPO CLIENT TRUST ACCOUNT".

Angie Cano Settlement and
Release Agreement