JILL WILLIAMS – State Bar No. 221793
KIMBERLY SARMIENTO – State Bar No. 345641
CARPENTER, ROTHANS & DUMONT
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 (fax)
jwilliams@crdlaw.com / ksarmiento@crdlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.B, a minor, et al. | Case No.: 2:21-cv-02165-FLA-PD |
| Plaintiffs, | |
| vs. | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| COUNTY OF LOS ANGELES, et al. | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this entire action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own attorney's fees and costs.

    IT IS SO STIPULATED.

DATED: October 23, 2025        LAW OFFICES OF DALE K. GALIPO

                                    /s/ Renee V. Masongsong
                        By: _____
                                 DALE K. GALIPO
                                 RENEE V. MASONGSONG
                                 Attorneys for Plaintiffs

| | | |
|---|---|---|
| DATED: October 23, 2025 | | CARPENTER, ROTHANS & DUMONT |
| | | /s/ Jill Williams |
| | By: | _____ |
| | | JILL WILLIAMS |
| | | Attorneys for Defendants |

Local Rule 5-4.3.4

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.