## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.B, a minor, et al. | Case No.: 2:21-cv-02165-FLA-PD |
| Plaintiffs, | |
| vs. | **[Proposed] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| COUNTY OF LOS ANGELES, et al. | |
| Defendants. | |

  IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own attorney's fees and costs.

  IT IS SO ORDERED.

DATED: _____

Honorable Fernando Aenlle-Rocha
United States District Judge