UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.B., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES., *et al.*,<br><br>    Defendants. | Case No. 2:21-cv-02165-FLA (PDx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION WITH PREJUDICE [DKT. 78]** |

1    On October 24, 2025, the parties filed a Stipulation to Dismiss Entire Action
2 with Prejudice ("Stipulation"). Dkt. 78.
3    The court, having considered the parties' Stipulation and finding good cause
4 therefor, hereby APPROVES the Stipulation and DISMISSES the action with
5 prejudice.

7    IT IS SO ORDERED.

9 Dated: October 29, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2